IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

UNITED STATES OF AMERICA

v.                                          Criminal No.: 4:15cr 80

QUANTAVIUS DURHAM

**POSITION OF THE DEFENDANT, QUANTAVIUS DURHAM
WITH RESPECT TO SENTENCING FACTORS**

COMES NOW the defendant, Quantavius Durham, by counsel and states as follows for his position on sentencing.

The Defendant and counsel have reviewed the pre-sentence report and the advisory sentencing guidelines. There are no objections to the factual content of the pre-sentence report or the guideline calculations.

The defense requests that the Court sentence the Defendant to a term of imprisonment at or very near the minimum mandatory sentence of 120 months that is required on Count 4. The Defendant made a full statement to authorities without the benefit of counsel immediately upon his arrest. During the incident which gives rise to the charges, the Defendant did not discharge a firearm. He is extremely young and was only 18 years old at the time of the offense. He has no criminal record, completed high school and had begun college before being arrested for this offense.

The Defendant has submitted numerous letters from his family and people

who know him well. While some of the letters do not reflect a full and complete understanding of the federal sentencing system, they do indicate the strong support that he has and that many people are willing to help him lead a life that is based on good choices once his sentence is over. Even a sentence near the minimum mandatory will mean that the Defendant is incarcerated until he is about 30 years old. The Defendant made an extremely reckless and dangerous decision to become involved with the people and activities that have caused him to stand before the Court. His family background, youth, and lack of a criminal record certainly indicates that he can learn from and overcome his mistakes.

Defense will present additional arguments at the sentencing.

Respectfully Submitted,

QUANTAVIUS DURHAM

By: _____/s/_____
Lawrence H. Woodward, Jr., Esq.
Virginia State Bar No.: 21756
Attorney for Quantavius Durham
SHUTTLEWORTH, RULOFF, SWAIN
HADDAD & MORECOCK, P.C.
317 30th Street
Virginia Beach, Virginia  23451
Phone: (757) 671-6000
Fax: (757) 671-6004
E-mail: lwoodward@srgslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following ECF users:

Amy E. Cross, Esquire
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
721 Lakefront Commons, #300
Newport News, VA 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: amy.cross@usdoj.gov

And, I hereby certify that I have electronically emailed the document to the following non-filing user:

Jason D. Cole
United States Probation Officer
600 Granby Street, Suite 200
Norfolk, VA 23510
jason_cole@vaep.uscourts.gov

By:       /s/
Lawrence H. Woodward, Jr., Esq.
Virginia State Bar No.: 21756
Attorney for Quantavius Durham
SHUTTLEWORTH, RULOFF, SWAIN
HADDAD & MORECOCK, P.C.
317 30th Street
Virginia Beach, Virginia 23451
Phone: (757) 671-6000
Fax: (757) 671-6004
E-mail: lwoodward@srgslaw.com